Edward L. Foster, Respondent, *v.* Hugh Welles, as Trustee in Bankruptcy of the Premier Refining and Manufacturing Company, Appellant.

(Argued March 2, 1933; decided April 11, 1933.)

*W. Earle Costello* for appellant.

*James O. Sebring* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.